IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SAMUEL MCCRAY,<br><br>    Petitioner,<br><br>vs.<br><br>SCOTT R. FRAKES, DIRECTOR OF THE NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES,<br><br>    Respondent. | 8:21CV7<br><br>ORDER |

    IT IS ORDERED that Respondent's Motion to Substitute Respondent (Filing 10) is granted. Scott R. Frakes, the Director of the Nebraska Department of Correctional Services, shall be the sole respondent in this case.

    Dated this 2nd day of March, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge
