IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| SAMUEL MCCRAY, | |
|---|---|
| Petitioner, | 8:21CV7 |
| vs. | |
| STATE OF NEBRASKA, and SCOTT R. FRAKES, Director of the Nebraska Department of Correctional Services; | **ORDER** |
| Respondents. | |

IT IS ORDERED that Respondents shall file their reply to Petitioner's Motion for Reconsideration (Filing 19) on or before June 8, 2021. Respondent may attach additional records to their response if they deem appropriate.

Dated this 25th day of May, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge